Filed 10/1/21  P. v. Davidson CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Shasta)

----

| | |
|---|---|
| THE PEOPLE, | C093457 |
| Plaintiff and Respondent, | (Super. Ct. No. 20F6258 ) |
| v. | |
| DVONTRIQUE KESHON DAVIDSON, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Dvontrique Keshon Davidson has asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error in defendant's favor, we affirm.

1

## BACKGROUND

Defendant threw a glass bottle at his ex-girlfriend, with whom he lived and who was pregnant with his child, hitting her in the head and knocking her unconscious. He was charged with infliction of corporal injury on a spouse or cohabitant (Pen. Code, § 273.5, subds. (a), (f)),[1] with the enhancements that he personally inflicted great bodily injury involving domestic violence (§ 12022.7, subd. (e)) and used a deadly weapon (§ 12022, subd. (b)), as well as assault with a deadly weapon (§ 245, subd. (a)(1)) with the enhancement he personally inflicted great bodily injury (§ 12022.7), and resisting an officer (§ 148, subd. (a)(1)).

On October 19, 2020, defendant pleaded no contest to assault with a deadly weapon and resisting arrest for a total of three years in state prison in exchange for dismissal of the first count and all enhancements. Defendant was released with a *Cruz*[2] waiver and ordered to return for sentencing. The trial court warned that if he failed to return he could be sentenced to the maximum of four years. Defendant failed to appear at sentencing, and the court found he was in violation of the waiver.

On December 30, 2020, the trial court sentenced defendant to four years in prison for assault with a deadly weapon and a concurrent term of one year for resisting an officer.

Defendant appealed without seeking a certificate of probable cause.

## DISCUSSION

Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Defendant was

---

[1] Undesignated statutory references are to the Penal Code.

[2] *People v. Cruz* (1988) 44 Cal.3d 1247.

advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed.  More than 30 days have elapsed, and defendant has not filed a supplemental brief.  Our review of the record pursuant to *Wende* has disclosed no arguable errors that would result in an outcome more favorable to defendant.

## DISPOSITION

The judgment is affirmed.


/s/
_____
Duarte, J.

We concur:


/s/
_____
Blease, Acting P. J.


/s/
_____
Robie, J.